THE COMPOSITE METAL LATH COMPANY, Respondent, *v.* GLASCO ICE COMPANY, Appellant.

*Composite Metal Lath Co.* v. *Glasco Ice Co.*, 171 App. Div. 221, affirmed. (Argued October 29, 1918; decided November 12, 1918.

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover the amount of the down payment and expenses incurred in connection with a contract to purchase real property in the town of Saugerties bordering on the west bank of the Hudson river. Plaintiff contended that title to part of the property agreed to be conveyed was in the state, such portion lying and being between high and low-water mark on the Hudson river and never having been given, granted or conveyed to said defendant, or any prior owner or owners of the adjacent uplands, but which was included within the boundary of the premises agreed to be conveyed in said agreement. The defendant claimed that it could convey a good title to all the property called for by the contract and that it did not agree to convey anything between high and low-water mark.

*Frederick W. Murphy* and *David L. Fultz* for appellant.

*Henry B. Corey* and *William Beverly Winslow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK and CARDOZO, JJ. Dissenting: HISCOCK, Ch. J., and POUND, J. Absent: ANDREWS, J.